

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### At Baltimore

In re:   **Case No. 19-22853-DER**   **Chapter 11**

**PARK HEIGHT'S ANGEL INCORPORATED,**

Debtor.

## MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee, the record herein, and the particular facts and circumstances of this case explained in counsel's response, the court has determined to take no further action with respect to counsel's fee.

cc:   Debtor – Park Height's Angel Incorporated
      Attorney for Debtor – David Erwin Cahn, Esquire
      Assistant U.S. Trustee – Gerard R. Vetter

**END OF ORDER**

11x10 (rev. 03/08/2001)*